UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-6079-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Curtis Lamar Simpson,

    Defendant.
_____/

### Order Denying Motion for Rehearing Pursuant to Rule 59(e)

**THIS CAUSE** came before the Court on defendant's Motion for Rehearing, filed June 4, 2008. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby:

**ORDERED and ADJUDGED** that said Motion for Rehearing Pursuant to Rule 59(e) is **Denied.**

DONE and ORDERED in West Palm Beach, this __11__ day of June, 2008.

                                            /s/ Kenneth L. Ryskamp
                                            KENNETH L. RYSKAMP
                                            UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        Curtis Simpson, pro se